M. P. No. 79-434. STATE *v.* JOHN A. SANTILLI. The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Stephen A. Lichatin III*, Assistant Attorney General, for plaintiff-respondent. *John F. Cicilline*, for defendant-petitioner.